Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Jacobo Camarena, et al, <br><br> Defendants. | CASE NO. 5:14-cv-02318-PLA <br><br> ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JACOBO CAMARENA, BERTHA CAMARENA, AND JOSE SANTOS CAMARENA |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC., and defendants JACOBO CAMARENA, individually and d/b/a THE JET LOUNGE, BERTHA CAMARENA, individually and d/b/a THE JET LOUNGE, and JOSE SANTOS CAMARENA, individually and d/b/a THE JET LOUNGE, that the above-entitled action is hereby dismissed **with prejudice** and in its entirety against JACOBO CAMARENA, BERTHA CAMARENA, and JOSE SANTOS CAMARENA.

/

/

/

**STIPULATION OF DISMISSAL**
Case No. 5:14-cv-02318 -PLA
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

*[signature: Paul L. Abrams]*
_____     Dated: January 31, 2018
**The Honorable Paul L. Abrams**
**United States Magistrate Judge**